RECEIVED
IN LAKE CHARLES, LA

MAY 14 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ARMANDO SANCHEZ-CACATZUN | * | CIVIL ACTION NO. 2:13-CV-1174 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| U.S.A., ET AL. | * | |
| Defendants | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 18] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the respondent's Rule 12(b)(1) Motion to Dismiss [Doc. 15] be and hereby is **GRANTED**, and that the above captioned matter be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 12 day of May, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE